1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE (Bar No. 102181)
2  ROBERT N. BERG (Bar No. 99319)
   One Market Plaza, Steuart Tower, 8th Floor
3  San Francisco, California  94105
   Telephone (415) 781-7900
4  Facsimile (415) 781-2635

5  Attorneys for Defendant
   REPUBLIC WESTERN INSURANCE COMPANY
6  (Improperly Sued as Republic Western Insurance)

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 LAW ENFORCEMENT TRAINING          CASE NO. CV 05-04256 JW
   AND RESEARCH ASSOCIATES,
12 INC., JEFFREY A. SCHWARTZ, and
   CYNTHIA BARRY,                    STIPULATION THAT DEFENDANT
13                                   REPUBLIC WESTERN INSURANCE
              Plaintiffs,            COMPANY MAY FILE FIRST-AMENDED
14                                   ANSWER TO COMPLAINT
         v.
15
   REPUBLIC WESTERN
16 INSURANCE, CNA REINSURANCE
   COMPANY, and DOE 1-DOE 50,
17
              Defendants.
18

19                            RECITALS

20       WHEREAS Defendant Republic Western Insurance Company ("Republic") filed its

21 Answer to the Complaint on October 21, 2005;

22       WHEREAS Republic desires to amend its Answer to assert three additional affirmative

23 defenses:  A fourteenth affirmative defense (that the insured was not acting in an insured capacity

24 when the claimed damage occurred), a fifteenth affirmative defense (that damage resulting from

25 the insured's work product is excluded from coverage) and a sixteenth affirmative defense (that

26 bodily injury or property damage resulting from mold contamination is excluded from coverage);

27       WHEREAS Plaintiffs and Republic desire to avoid unnecessary law and motion

28 proceedings and promote the efficient administration of justice;

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

SF/1314668v1

1       WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a), Plaintiffs, as the adverse

2 party, consent to the filing of the proposed First-Amended Answer attached hereto as Exhibit A.

3                            STIPULATION

4       IT IS HEREBY STIPULATED by and between Plaintiffs and Republic, through their

5 respective counsel, that Defendant Republic Western Insurance Company may file its proposed

6 First-Amended Answer upon issuance of an Order of the Court.

7

8 DATED: February 6 2006         AUNE & ASSOCIATES

9

10                             By _____

11                                ROBERT E. AUNE
                               Attorneys for Plaintiffs
                               LAW ENFORCEMENT TRAINING AND
                               RESEARCH ASSOCIATES, INC.; JEFFREY
                               A. SCHWARTZ; and CYNTHIA BARRY

13

14

15 DATED: January 31, 2006       SEDGWICK, DETERT, MORAN & ARNOLD LLP

16

17                             By _____

18                                  BRUCE D. CELEBREZZE
                               ROBERT N. BERG
                               Attorneys for Defendant

19                                REPUBLIC WESTERN
                               INSURANCE COMPANY

20

21

22

23

24

25

26

27

28

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

STIPULATION THAT REPUBLIC WESTERN MAY FILE FIRST-AMENDED ANSWER

SF/1314668v1

# EXHIBIT A

1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE (Bar No. 102181)
2 | ROBERT N. BERG (Bar No. 099319)
One Market Plaza
3 | Steuart Tower, 8th Floor
San Francisco, CA 94105
4 | Telephone: (415) 781-7900
Facsimile: (415) 781-2635
5 |
Attorneys for Defendants
6 | REPUBLIC WESTERN INSURANCE COMPANY
(Improperly Sued as Republic Western Insurance)
7 |
8 |
9 | UNITED STATES DISTRICT COURT
10 | NORTHERN DISTRICT OF CALIFORNIA

11 | LAW ENFORCEMENT TRAINING AND ) Case No. CV 05-04256 JW
RESEARCH ASSOCIATES, INC., )
12 | JEFFREY A. SCHWARTZ, and ) FIRST-AMENDED ANSWER OF
CYNTHIA BARRY, ) DEFENDANT REPUBLIC WESTERN
13 | ) INSURANCE COMPANY TO
Plaintiffs, ) COMPLAINT OF LAW ENFORCEMENT
14 | ) TRAINING AND RESEARCH
v. ) ASSOCIATES, INC., ET AL.
15 | )
REPUBLIC WESTERN INSURANCE, )
16 | CNA REINSURANCE COMPANY, and )
DOE 1-DOE 50, )
17 | )
Defendants. )
18 | _____)

19 | COMES NOW defendant Republic Western Insurance Company ("Republic") and for a

20 | first-amended answer to the complaint of plaintiffs Law Enforcement Training and Research

21 | Associates, Inc., et al. ("LETRA") states as follows:

22 | GENERAL ALLEGATIONS

23 | 1. Republic does not have sufficient information or belief in order to form a

24 | belief as to the truth of the averments contained in paragraphs 1, 2, 3, 4, 5, and 6.

25 | 2. Republic admits the averments in paragraph 7 of the complaint.

26 | 3. Republic does not have sufficient information to form a belief as to the

27 | averments contained in paragraph 8, 9, 10, and 11 of the complaint.

28 |

FIRST-AMENDED ANSWER OF DEF. REPUBLIC WESTERN INSURANCE COMPANY
TO PLAINTIFFS' COMPLAINT

SEDGWICK
DETERT, MORAN & ARNOLD LLP

SF/1314265v1

EXHIBIT A

1      4.      Republic denies the averments in paragraph 12 of the complaint.

2      5.      Republic admits the underlying action attached as Exhibit A to LETRA's

3   complaint was filed in Santa Clara County Superior Court and that a copy of the complaint has

4   been attached.

5      6.      Republic does not have sufficient information or belief as to the

6   allegations in paragraph 13.

7      7.      Republic admits, as to paragraphs 14 and 15, that it issued a liability

8   policy to Roof Max, Inc.  Republic admits the policy included provisions regarding defending its

9   insureds under various circumstances.  Republic does not have sufficient information or belief as

10  to the truth of the averments contained in the remainder of the paragraph.

11     8.      Republic does not have sufficient information in order to form a belief as

12  to the truth of the averments contained in paragraph 16 of the complaint.

13     9.      Republic admits that at some point in time it received a tender of defense

14  regarding the underlying lawsuit.  Republic does not have sufficient information to form a belief

15  as to the truth of the remaining averments contained in paragraph 17.

16     10.     Republic does not have sufficient information in order to form a belief as

17  to the truth of the averments contained in paragraph 18 and 19 of the complaint.  Republic denies

18  any contractual breach.

19     11.     Republic admits the averments in paragraph 20.

20     12.     Republic admits as to paragraph 21 that it retained the law firm of Low,

21  Ball & Lynch to defend its insured.  Republic does not have sufficient information at this time to

22  admit the remaining averments pertaining to the chronology of events.

23     13.     Republic admits that it provided a defense to the insured and subsequently

24  withdrew from the defense.  Republic does not have sufficient information regarding the specific

25  chronology of the averments in paragraph 22 at this point in time.

26     14.     Republic admits the averments in paragraph 23 of the complaint.

27

28

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

CV 05-04256 JW

FIRST-AMENDED ANSWER OF DEF. REPUBLIC WESTERN INSURANCE COMPANY
TO PLAINTIFFS' COMPLAINT

SF/1314265v1

1       15.    Republic does not have sufficient information to form a belief as to the

2   truth of the allegations in paragraph 24 and 25, and on that basis denies the allegations and

3   averments.

4       16.    Republic admits that there are attachments to the present complaint,

5   which, if properly verified would speak for themselves.  Republic has no further information to

6   form a belief as to the truth of the averments set forth in paragraph 26.

7       17.    Republic denies the allegations in paragraph 27.

8       18.    Republic does not have sufficient information to form a belief as to the

9   truth of the averments in paragraph 28.

10      19.    Republic admits that at some point in time it received notice of the

11  underlying trial.  Republic does not have sufficient information to form a belief as to the truth of

12  the averments in the remaining allegations of paragraph 29.

13      20.    Public does not have specific information regarding the allegations in

14  paragraph 30 of the complaint.  Republic does admit that there is an attachment to the complaint

15  herein which states to be a judgment, but does not have specific information of its own at this

16  time to admit or deny said allegation.

17                                 __FIRST CAUSE OF ACTION__

18      21.    Paragraph 31 of the complaint does not require a response from this

19  responding defendant, but Republic incorporates in prior responses.

20      22.    Republic does not have sufficient information to form a belief as to the

21  truth of the averments in paragraph 32 of the complaint.

22      23.    Republic admits that it initially provided a defense to its insured.

23  Republic denies the remaining allegations in paragraph 33.

24      24.    Republic admits that it initially provided a defense to its insured in the

25  underlying suit.  Republic denies all other averments in paragraph 34 of the complaint.

26      25.    Republic denies the allegations in paragraphs 35, 36, 37, and 38 as they

27  apply to Republic.

28

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

-3-

CV 05-04256 JW

FIRST-AMENDED ANSWER OF DEF. REPUBLIC WESTERN INSURANCE COMPANY
TO PLAINTIFFS' COMPLAINT

SF/1314265v1

### SECOND CAUSE OF ACTION

26. Republic incorporates its prior responses to these paragraphs.

27. As respects to the allegations pertaining to Republic, defendant Republic denies the averments in paragraphs 40, 41, 42, 43, and 44.

### THIRD CAUSE OF ACTION

28. Republic incorporates its prior responses to these paragraphs.

29. As respects to the allegations pertaining to Republic, Republic denies the allegations set forth in paragraphs 46, 47, 48, and 49.

### FOURTH CAUSE OF ACTION

30. Republic incorporates its responses to these paragraphs.

31. As respects to Republic, defendant Republic denies that plaintiffs are entitled to their requested declarations and relief set forth in paragraphs 51, 52, and 53.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

32. Republic alleges that the complaint fails to state facts sufficient to constitute a cause of action against it.

### SECOND AFFIRMATIVE DEFENSE

33. Republic alleges that the complaint fails to state a complaint upon which relief can be granted.

### THIRD AFFIRMATIVE DEFENSE

34. To the extent that plaintiffs have failed to mitigate, minimize, or avoid damages they allegedly sustained, any recovery against Republic must be reduced accordingly.

### FOURTH AFFIRMATIVE DEFENSE

35. Republic has at all times exercised due care concerning any actions, conduct, or other matters alleged herein.

///

///



FIRST-AMENDED ANSWER OF DEF. REPUBLIC WESTERN INSURANCE COMPANY
TO PLAINTIFFS' COMPLAINT

## FIFTH AFFIRMATIVE DEFENSE

36.    Plaintiffs have not suffered any damages as the result of the actions taken by Republic, and plaintiffs are thus barred from asserting the averments in their complaint.

## SIXTH AFFIRMATIVE DEFENSE

37.    Republic alleges that its coverage analysis and claims handling were and are reasonable as a matter of law and were not inherently unreasonable as a matter of law.

## SEVENTH AFFIRMATIVE DEFENSE

38.    Republic alleges that the complaint and each cause of action contained therein fails to state facts sufficient to constitute a valid claim for attorneys' fees.

## EIGHTH AFFIRMATIVE DEFENSE

39.    Based on the assignment and covenant not to execute, Republic asserts that plaintiff did not suffer any damage whatsoever and is not entitled to the relief requested.

## NINTH AFFIRMATIVE DEFENSE

40.    Republic states that any action based on Insurance Code § 11580 is based on the trial record alone, which is insufficient here to trigger insurance coverage under the Republic policy.

## TENTH AFFIRMATIVE DEFENSE

41.    The damages in question took place prior to inception of the Republic policy.  The Republic policy is limited to "property damage" occurring during the effective dates of coverage.  Accordingly, coverage does not apply.

## ELEVENTH AFFIRMATIVE DEFENSE

42.    The Republic policy contains an exclusion which precludes coverage with respect to damages and injuries known prior to inception of the Republic policy.  Since the water leaks were known prior to inception of the Republic policy, coverage does not apply.

/ / /

/ / /

CV 05-04256 JW

FIRST-AMENDED ANSWER OF DEF. REPUBLIC WESTERN INSURANCE COMPANY
TO PLAINTIFFS' COMPLAINT

SF/1314265v1

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

## TWELFTH AFFIRMATIVE DEFENSE

43.    Since damages and injuries were known prior to the inception date of the Republic policy, no damage has taken place within the Republic policy that would result from an occurrence.

## THIRTEENTH AFFIRMATIVE DEFENSE

44.    The injuries and damages being claimed were caused by entities other than those insured by Republic, and thus the judgment would not involve liability to an insured covered under the Republic policy.

## FOURTEENTH AFFIRMATIVE DEFENSE

45.    The Republic policy insured Roof Max, Inc., a corporation, and its executive officers and directors with respect to their duties performed as officers and directors of the corporation. The injuries and damages being claimed occurred before Roof Max was incorporated, and/or were caused by its officers and directors while not acting in such capacity. Thus, the damages being claimed would not be covered.

## FIFTEENTH AFFIRMATIVE DEFENSE

46.    The Republic policy contains an exclusion which precludes coverage for "property damage" to the particular parts of real property on which the insured is performing operations, if the damage results from those operations. The Republic policy also precludes coverage to the particular parts of any property that must be restored, repaired or replaced because the insured incorrectly performed work on it. Thus, the damage to the roof of the building at 2898 Joseph Avenue in Campbell, California, would not be covered.

## SIXTEENTH AFFIRMATIVE DEFENSE

47.    The Republic policy contains an exclusion precluding coverage for "bodily injury" or "property damage" arising out of or contributed to by the presence of mold, fungus or other microbial contamination. Thus, bodily injury and property damage resulting from mold contamination to the building at 2898 Joseph Avenue in Campbell, California, would not be covered.

SEDGWICK
DETERT, MORAN & ARNOLD LLP

SF/1314265v1

## SEVENTEENTH AFFIRMATIVE DEFENSE

48.     Republic alleges that plaintiffs have failed to set forth their claims with sufficient particularity to permit Republic to raise all appropriate affirmative defenses and thus Republic reserves its rights to add additional affirmative defenses for these claims as they become known.

### PRAYER

WHEREFORE, defendant Republic prays for judgment as follows:

1.     That plaintiffs take nothing by reason of the Complaint;

2.     That judgment be entered in favor of Republic;

3.     For a declaration that Republic has no liability to plaintiffs for the damages alleged herein;

4.     For costs of suit incurred herein; and

5.     For such other and further relief the Court deems just and proper.

Dated: February 14, 2006          SEDGWICK, DETERT, MORAN & ARNOLD, LLP

By _____
ROBERT N. BERG
BRUCE D. CELEBREZZE
Attorneys for Defendant
REPUBLIC WESTERN INSURANCE
COMPANY (Improperly Sued as Republic
Western Insurance)

### DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, defendant Republic Western Insurance Company hereby demands a trial by jury.

Dated: February 14, 2006          SEDGWICK, DETERT, MORAN & ARNOLD, LLP

By _____
ROBERT N. BERG
BRUCE D. CELEBREZZE
Attorneys for Defendant
REPUBLIC WESTERN INSURANCE
COMPANY (Improperly Sued as Republic
Western Insurance)

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

-7-

CV 05-04256 JW

FIRST-AMENDED ANSWER OF DEF. REPUBLIC WESTERN INSURANCE COMPANY
TO PLAINTIFFS' COMPLAINT

SF/1314265v1

1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

10

11   LAW ENFORCEMENT TRAINING          CASE NO. CV 05-04256 JW
     AND RESEARCH ASSOCIATES,
     INC., JEFFREY A. SCHWARTZ, and
12   CYNTHIA BARRY,                    [PROPOSED] ORDER ALLOWING
                                       DEFENDANT REPUBLIC WESTERN
13                Plaintiffs,          INSURANCE COMPANY TO FILE FIRST-
                                       AMENDED ANSWER TO COMPLAINT
14          v.

15   REPUBLIC WESTERN
     INSURANCE, CNA REINSURANCE
16   COMPANY, and DOE 1-DOE 50,

17                Defendants.

18

19          PURSUANT TO STIPULATION of Plaintiffs and Defendant Republic Western

20   Insurance Company,

21          IT IS HEREBY ORDERED that Defendant Republic Western Insurance Company may

22   file its First-Amended Answer to the Complaint.

23

     DATED:  February 17, 2006
24

25                                     UNITED STATES DISTRICT JUDGE

26

27

28
     SEDGWICK
     DETERT, MORAN & ARNOLD LLP

                                        1                    CASE NO. CV 05-04256 JW
                     [PROPOSED] ORDER ALLOWING REPUBLIC WESTERN TO FILE FIRST-AMENDED ANSWER