Robert E. Aune, Bar No. 60477
AUNE & ASSOCIATES
101 California Street, Suite 2050
San Francisco, CA 94111
Tele:  (415) 433-6400
raune@pacbell.net
Attorneys for Plaintiffs

Mark Adams Poppett, Bar No. 64939
BLICK & RHOADES
5473 Kearny Villa Road, Suite 150
San Diego, CA 92123
Tele:  (858) 712-9222
mpoppett@coveragecounsel.com
Attorneys for Defendant
CX REINSURANCE COMPANY LIMITED

SEDGWICK, DETERT, MORAN & ARNOLD LLP
Bruce D. Celebrezze (Bar No. 102181)
Robert N. Berg (Bar No. 099319)
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA  94105
Tele:  (415) 781-7900
Attorneys for Defendant
REPUBLIC WESTERN INSURANCE COMPANY

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| LAW ENFORCEMENT TRAINING AND RESEARCH ASSOCIATES, INC.; JEFFREY A. SCHWARTZ, and CYNTHIA BARRY,<br><br>    Plaintiffs,<br><br>v.<br><br>REPUBLIC WESTERN INSURANCE; CNA REINSURANCE COMPANY, and DOES 1 through 50,<br><br>    Defendants. | CASE NO. CV 05-4256JW<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR ALL PARTIES TO FILE AND SERVE CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>[Local Rule 6-2] |

1

WHEREAS plaintiffs, LAW ENFORCEMENT TRAINING AND RESEARCH ASSOCIATES, INC.; JEFFREY A. SCHWARTZ, and CYNTHIA BARRY; defendant CX REINSURANCE COMPANY LIMITED; and defendant REPUBLIC WESTERN INSURANCE COMPANY previously agreed as set forth in their Joint Case Management Statement, to file and serve cross-motions for summary judgment in this matter. Those motions were to be filed by March 20, 2006, and such motions were to be heard on April 24, 2006. The Scheduling Order filed February 13, 2006 confirmed the parties' agreement.

WHEREAS the parties, having each provided voluminous documents to each other as part of their Initial Disclosures, and in response to informal discovery requests, require additional time to review the information contained and prepare complete and meaningful cross motions for summary judgment.

WHEREAS the parties therefore agree to a forty-five (45) day extension of time to file their cross-motions for summary judgment. This extension of time will not affect the trial date.

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that all parties shall have until May 4, 2006 to file and serve their cross motions for summary judgment, such motions will be noticed for hearing on June ~~8,~~ 2006 at 9:00 a.m., or at [06/12/06 at 9:00am] such other time set by the Court. Thereafter, if mediation is still necessary, the parties shall schedule and hold mediation with a private mediator no later than July 31, 2006.

Date:  March 6, 2006                                     AUNE & ASSOCIATES

                                                    By:_____/s/_____
                                                          Robert E. Aune

                                                    Attorneys for Plaintiffs

2

| | |
|---|---|
| Date:  March 6, 2006 | BLICK & RHOADES |
| | By: _____/s/_____ |
| | Mark Adams Poppett |
| | |
| | Attorneys for Defendant, |
| | CX REINSURANCE COMPANY LIMITED |
| | |
| Date:  March 6, 2006 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| | |
| | By: _____/s/_____ |
| | Robert N. Berg |
| | |
| | Attorneys for Defendant, |
| | REPUBLIC WESTERN INSURANCE COMPANY |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 03/08/06
_____
        *James Ware* (signature)
JAMES WARE
UNITED STATES DISTRICT JUDGE