*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| LAW ENFORCEMENT TRAINING AND RESEARCH ASSOCIATES, INC.; JEFFREY A. SCHWARTZ, and CYNTHIA BARRY,<br><br>    Plaintiffs,<br><br>v.<br><br>REPUBLIC WESTERN INSURANCE; CNA REINSURANCE COMPANY, and DOES 1 through 50,<br><br>    Defendants. | CASE NO. CV 05-4256JW<br><br>**[PROPOSED] ORDER PERMITTING CX REINSURANCE COMPANY LIMITED, SUCCESSOR IN INTEREST TO CNA REINSURANCE COMPANY LIMITED TO FILE FIRST AMENDED ANSWER TO COMPLAINT**<br><br>[FRCP 15(a); Local Rules 7-12 and 10-1] |

PURSUANT TO STIPULATION OF PLAINTIFFS AND DEFENDANT CX REINSURANCE COMPANY LIMITED, SUCCESSOR IN INTEREST TO CNA REINSURANCE COMPANY LIMITED,

IT IS HEREBY ORDERED that CX REINSURANCE COMPANY LIMITED may file its proposed First Amended Answer to the Complaint.

DATED: MARCH 9, 2006

_____
United States District Judge

Submitted by counsel for
CX REINSURANCE LIMITED

---

1
[PROPOSED] ORDER RE FIRST AMENDED ANSWER OF CX REINSURANCE
CV 05-4256JW