Robert E. Aune, Bar No. 60477
AUNE & ASSOCIATES
101 California Street, Suite 2050
San Francisco, CA 94111
Tele:   (415) 433-6400
raune@pacbell.net
Attorneys for Plaintiffs

IT IS SO ORDERED
*James Ware*
Judge James Ware

SEDGWICK, DETERT, MORAN & ARNOLD LLP
Bruce D. Celebrezze (Bar No. 102181)
Robert N. Berg (Bar No. 099319)
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA  94105
Tele:   (415) 781-7900
Attorneys for Defendant
REPUBLIC WESTERN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| LAW ENFORCEMENT TRAINING AND RESEARCH ASSOCIATES, INC.; JEFFREY A. SCHWARTZ, and CYNTHIA BARRY, | CASE NO. CV 05-4256JW |
| Plaintiffs, | **STIPULATION EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DISCOVERY REQUESTS** |
| v. | [Local Rule 6-2] |
| REPUBLIC WESTERN INSURANCE; CNA REINSURANCE COMPANY, and DOES 1 through 50, | |
| Defendants. | |

WHEREAS defendant REPUBLIC WESTERN INSURANCE COMPANY served

plaintiffs, LAW ENFORCEMENT TRAINING AND RESEARCH ASSOCIATES, INC.;

1

JEFFREY A. SCHWARTZ, and CYNTHIA BARRY with Requests for Production of Documents and Interrogatories by mail on February 6, 2006;

WHEREAS the plaintiffs require additional time to prepare complete and meaningful responses to the discovery requests;

WHEREAS the time to respond to the discovery requests is March 13, 2006; and a stipulation to extend time to file responses is required by Local Rule 6-1;

WHEREAS the parties agree that extending the time to respond to discovery, as specified herein, will not alter any other event date or deadline fixed in this case.

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that plaintiffs LAW ENFORCEMENT TRAINING AND RESEARCH ASSOCIATES, INC.; JEFFREY A. SCHWARTZ, and CYNTHIA BARRY shall have until Friday, March 24, 2006 to respond to the Requests for Production of Documents and Interrogatories.

Date:   March 8, 2006                     AUNE & ASSOCIATES

                                          By:_____/s/_____
                                                 Robert E. Aune

                                          Attorneys for Plaintiffs


Date:   March 8, 2006                     SEDGWICK, DETERT, MORAN &
                                          ARNOLD LLP

                                          By:_____/s/_____
                                                 Robert N. Berg

                                          Attorneys for Defendant,
                                          REPUBLIC WESTERN INSURANCE
                                          COMPANY

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  Date:   MARCH 13, 2006

                       JAMES WARE
                       UNITED STATES DISTRICT JUDGE

3