1 Robert E. Aune, Bar No. 60477
AUNE & ASSOCIATES
2 101 California Street, Suite 2050
San Francisco, CA 94111
3 Tele: (415) 433-6400
raune@pacbell.net
4
Attorneys for Plaintiffs
5

6 Mark Adams Poppett, Bar No. 64939
BLICK & RHOADES
7 5473 Kearny Villa Road, Suite 150
San Diego, CA 92123
8 Tele: (858) 712-9222
Fax: (858) 712-9333
9 mpoppett@coveragecounsel.com

10
Attorneys for Defendant,
11 CX REINSURANCE COMPANY LIMITED,
successor in interest to CNA REINSURANCE
12 COMPANY LIMITED, sued herein as
CNA REINSURANCE COMPANY
13



IT IS SO ORDERED

Judge James Ware

14

15                    UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| LAW ENFORCEMENT TRAINING AND RESEARCH ASSOCIATES, INC.; JEFFREY A. SCHWARTZ, and CYNTHIA BARRY,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>REPUBLIC WESTERN INSURANCE; CNA REINSURANCE COMPANY, and DOES 1 through 50,<br><br>　　　　Defendants. | CASE NO. CV 05-4256JW<br><br>**STIPULATION EXTENDING TIME FOR CX REINSURANCE COMPANY LIMITED TO RESPOND TO INTERROGATORIES PROPOUNDED BY PLAINTIFF JEFFREY A. SCHWARTZ**<br><br>[Local Rule 6-2] |

　　WHEREAS Plaintiff JEFFREY A. SCHWARTZ served defendant CX REINSURANCE COMPANY LIMITED with Interrogatories by overnight courier on February 17, 2006;

　　WHEREAS said defendant requires additional time to prepare complete and meaningful verified responses to the discovery request;

1  WHEREAS the time to respond to the discovery request is March 20, 2006, and a stipulation to
2  extend time to file responses is required by Local Rule 6-2;
3  WHEREAS the parties agree that extending the time to respond to discovery, as specified herein,
4  will not alter any other event date or deadline fixed in this case.
5  IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that
6  defendant CX REINSURANCE COMPANY LIMITED shall have until Friday, March 24, 2006 to
7  respond to the Interrogatories.

Date: March 16, 2006

AUNE & ASSOCIATES

By: _____
Robert E. Aune

Attorneys for Plaintiffs

Date: March 16, 2006

BLICK & RHOADES

By: _____
Mark Adams Poppett

Attorneys for Defendant,
CX REINSURANCE COMPANY
LIMITED, successor in interest to CNA
REINSURANCE COMPANY LIMITED,
sued herein as CNA REINSURANCE
COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: March 20, 2006

_____
James Ware, United States District Judge

---

2

STIPULATION EXTENDING TIME FOR CX RE TO RESPOND TO INTERROGATORIES

CV 05-4256JW