**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7    IN THE UNITED STATES DISTRICT COURT

8    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    SAN JOSE DIVISION

10

11   Law Enforcement Training and Research        NO. C 05-04256 JW
     Associates, et al.,

12                                                **ORDER TO SHOW CAUSE**
                     Plaintiffs,                   **RE: SETTLEMENT**

13        v.

14   Republic Western Insurance Company, et
     al.,

15

16                   Defendants.
                                              /

17

18        On May 2, 2006, Plaintiffs and Defendant CX Reinsurance Company Limited, successor in

19   interest to CNA Reinsurance Company Limited (sued herein as CNA Reinsurance Company)

20   informed the Court that the above-entitled matter has reached a settlement.  In light of the

21   settlement, the Court vacates all trial and pretrial dates.  On or before **June 19, 2006**, the parties

22   shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

23        If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8,

24   4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **June 26, 2006** at

25   9:00 a.m. and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ.

26   P. 41(b).  On or before **June 19, 2006**, the parties shall file a joint statement in response to the Order

27   to Show Cause.  The joint statement shall set forth the status of the activities of the parties for

28   finalizing the settlement and how much additional time is requested to finalize and file the dismissal.

1   If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically

2   vacated.

3           Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss

4   this action.

5

6   Dated:   May 15, 2006

    JAMES WARE
7   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                2

**United States District Court**
For the Northern District of California

**United States District Court**

For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bruce D. Celebrezze bruce.celebrezze@sdma.com
Dean J. McElroy dean.mcelroy@sdma.com
Mark Adams Poppett mpoppett@coveragecounsel.com
Robert Edward Aune raune@pacbell.net
Robert N. Berg robert.berg@sdma.com

**Dated:  May 15, 2006**                                    **Richard W. Wieking, Clerk**


**By:\_\_/s/ JW Chambers_____**
         **Melissa Peralta**
         **Courtroom Deputy**