1  Robert E. Aune, Bar No. 60477
   AUNE & ASSOCIATES
2  101 California Street, Suite 2050
   San Francisco, CA 94111
3  Tele:  (415) 433-6400
   raune@pacbell.net
4
   Attorneys for Plaintiffs
5

6  Mark Adams Poppett, Bar No. 64939
   BLICK & RHOADES
7  5473 Kearny Villa Road, Suite 150
   San Diego, CA 92123
8  Tele:  (858) 712-9222
   Fax:   (858) 712-9333
9  mpoppett@coveragecounsel.com

10 Attorneys for Defendant,
   CX REINSURANCE COMPANY LIMITED,
11 successor in interest to CNA REINSURANCE
   COMPANY LIMITED, sued herein as
12 CNA REINSURANCE COMPANY



IT IS SO ORDERED
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| LAW ENFORCEMENT TRAINING AND RESEARCH ASSOCIATES, INC.; JEFFREY A. SCHWARTZ, and CYNTHIA BARRY, <br><br> Plaintiffs, <br><br> v. <br><br> REPUBLIC WESTERN INSURANCE; CNA REINSURANCE COMPANY, and DOES 1 through 50, <br><br> Defendants. | CASE NO. CV 05-4256JW <br><br> STIPULATION FOR DISMISSAL WITH PREJUDICE OF CX REINSURANCE COMPANY LIMITED, successor in interest to CNA REINSURANCE COMPANY LIMITED, sued herein as CNA REINSURANCE COMPANY, AND [PROPOSED] ORDER OF DISMISSAL <br><br> [Fed.R.Civ.P., Rule 41(a)] |

WHEREAS, plaintiffs LAW ENFORCEMENT TRAINING AND RESEARCH ASSOCIATES, INC.; JEFFREY A. SCHWARTZ, and CYNTHIA BARRY and defendant CX REINSURANCE COMPANY LIMITED, successor in interest to CNA REINSURANCE COMPANY LIMITED, sued herein as CNA REINSURANCE COMPANY, have reached a complete settlement of their differences in the matter herein, and there having been a satisfaction by CX REINSURANCE COMPANY LIMITED

1 of the accord between the stated parties;

2     IT IS HEREBY STIPULATED by and between plaintiffs LAW ENFORCEMENT TRAINING AND RESEARCH ASSOCIATES, INC.; JEFFREY A. SCHWARTZ, and CYNTHIA BARRY on the one hand, and defendant CX REINSURANCE COMPANY LIMITED on the other hand, by and through their respective counsel that CX REINSURANCE COMPANY LIMITED may now be dismissed with prejudice with each side to bear their own attorneys fees and costs of litigation.

Date: May 20, 2006

AUNE & ASSOCIATES

By: _____
Robert E. Aune
Attorneys for Plaintiffs

Date: May 16, 2006

BLICK & RHOADES

By: _____
Mark Adams Poppett
Attorneys for Defendant,
CX REINSURANCE COMPANY LIMITED, successor in interest to CNA REINSURANCE COMPANY LIMITED, sued herein as CNA REINSURANCE COMPANY

### ORDER OF DISMISSAL

Upon the Stipulation of the parties and good cause appearing, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that defendant CX REINSURANCE COMPANY LIMITED, successor in interest to CNA REINSURANCE COMPANY LIMITED, sued herein as CNA REINSURANCE COMPANY is hereby dismissed with prejudice, with each side to bear their own attorneys fees and costs of litigation.

Date: May 25, 2006

_James Ware_
United Stated District Judge

2
STIPULATION FOR DISMISSAL WITH PREJUDICE

CV 05-4256JW