1  AUNE & ASSOCIATES
   ROBERT E. AUNE (Bar No. 60477)
2  101 California Street, Suite 2050
   San Francisco, CA 94111
3  Telephone: (415) 433-6400
   Facsimile: (415) 433-1660
4
   Attorneys for Plaintiffs
5  LAW ENFORCEMENT TRAINING AND
   RESEARCH ASSOCIATES, INC.;
6  JEFFREY A. SCHWARTZ and CYNTHIA
   BARRY
7
   SEDGWICK, DETERT, MORAN
8  & ARNOLD LLP
   BRUCE D. CELEBREZZE (Bar No. 102181)
9  ROBERT N. BERG (Bar No. 99319)
   One Market Plaza, Steuart Tower, 8th Floor
10 San Francisco, California 94105
   Telephone (415) 781-7900
11 Facsimile (415) 781-2635

12 Attorneys for Defendant
   REPUBLIC WESTERN INSURANCE
13 COMPANY, sued herein as REPUBLIC
   WESTERN INSURANCE
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| LAW ENFORCEMENT TRAINING AND RESEARCH ASSOCIATES, INC., JEFFREY A. SCHWARTZ, and CYNTHIA BARRY,<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLIC WESTERN INSURANCE, CNA REINSURANCE COMPANY, and DOE 1-DOE 50,<br><br>Defendants. | CASE NO. C05-04256 JW<br><br>STIPULATION TO CONTINUE EXPERT WITNESS DISCLOSURE DEADLINE (N.D. LOCAL RULE 6-2) and ORDER<br><br>**THE HON. JAMES WARE** |

WHEREAS the Court set August 15, 2006 as the deadline for the parties to disclose expert witnesses and the reports required by Fed.R.Civ.P. 26(a)(2)(B) in its February 13, 2006 Scheduling Order (Docket 20).

1     CASE NO. CV 05-04256 JW
STIPULATION TO CONTINUE EXPERT WITNESS DISCLOSURE DEADLINE

SF/1345210v1

1  WHEREAS the parties' cross-motions for summary judgment have been filed, were
2  argued on June 12, 2006, and have been taken under submission by the Court.
3  WHEREAS the Preliminary Pretrial and Trial Setting Conference is set for January 22,
4  2007, and will not be affected by a continuance of the expert witness disclosure deadline.
5  IT IS HEREBY STIPULATED by and between the parties, through their respective
6  counsel, that the deadline for the parties to disclose their expert witnesses shall be continued
7  from August 15, 2006 to **October 16, 2006**. Any party wishing to present expert witness
8  testimony with respect to a claim or a defense shall lodge with the Court and serve on all other
9  parties the name, address, qualifications, résumé and a written report which complies with
10 Fed.R.Civ.P. 26(a)(2)(B) on or before this date.
11 The deadline for disclosing rebuttal expert witnesses shall be continued from August 30,
12 2006 to **October 30, 2006**. Also, the deadline for objecting to the qualifications or proposed
13 testimony of an expert shall be continued from November 27, 2006 to **December 18, 2006**
14 Finally, pursuant to Northern District Local Rule 26-2, the fact and expert witness discovery cut-
15 off shall be continued from October 15, 2006 to **November 15, 2006**.
16
17 DATED: June 30, 2006        AUNE & ASSOCIATES
18
19                             By _____
20                                ROBERT E. AUNE
                                  Attorneys for Plaintiffs
21                                LAW ENFORCEMENT TRAINING AND
                                  RESEARCH ASSOCIATES, INC.;
22                                JEFFREY A. SCHWARTZ and CYNTHIA
                                  BARRY
23
24 ///
25 ///
26 ///
27 ///
28 ///

SEDGWICK

                                  2                        CASE NO. CV 05-04256 JW
              STIPULATION TO CONTINUE EXPERT WITNESS DISCLOSURE DEADLINE

SF/1345210v1

| | |
|---|---|
| 1  DATED: June 30, 2006 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 2 | |
| 3 | By _____ |
| 4 | BRUCE D. CELEBREZZE<br>ROBERT N. BERG<br>Attorneys for Defendant |
| 5 | REPUBLIC WESTERN INSURANCE<br>COMPANY, sued herein as REPUBLIC |
| 6 | WESTERN INSURANCE |

10  PURSUANT TO STIPULATION, IT IS SO ORDERED.

12  DATED: __August 4__, 2006   _____
       JAMES WARE
13                                UNITED STATES DISTRICT JUDGE

**Law Enforcement Training v. Republic Western Ins. Co., et al**
U.S. District Court, Northern District of California
Case No. C 05-04256 JW
(1411-133281)

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On July 5, 2006, I served the within document(s):

    1.    STIPULATION TO CONTINUE EXPERT WITNESS DISCLOSURE DEADLINE (N.D. LOCAL RULE 6-2)

☒    **ELECTRONICALLY** - by causing said document(s) to be delivered through ECF via email by U.S.D.C. Northern District, to the email address set forth below on this date before 5:00 p.m.

☐    **MAIL** - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐    **PERSONAL SERVICE** - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐    **OVERNIGHT COURIER** - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

| | |
|---|---|
| Robert E. Aune, Esq.<br>Aune & Associates<br>101 California Street, Suite 2050<br>San Francisco, CA 94111<br>Tel: (415) 433-6400 | Attorneys for Plaintiffs |
| Mark Adams Poppett, Esq.<br>Blick & Rhoades<br>5473 Kearny Villa Road, Suite 150<br>San Diego, CA 92123<br>Tel: (858) 712-9222<br>Fax: (858) 712-9333<br>E-Mail: mpoppett@coveragecounsel.com | Attorneys for Defendant CX Reinsurance Company Limited, sued as CNA Reinsurance Company |

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 5, 2006, at San Francisco, California.

                                                                _____
                                                                      Antonia Lee

SF/1345637v1