AUNE & ASSOCIATES
ROBERT E. AUNE (Bar No. 60477)
101 California Street, Suite 2050
San Francisco, CA 94111
Telephone: (415) 433-6400
Facsimile: (415) 433-1660

Attorneys for Plaintiffs
LAW ENFORCEMENT TRAINING AND
RESEARCH ASSOCIATES, INC.;
JEFFREY A. SCHWARTZ and CYNTHIA
BARRY

SEDGWICK, DETERT, MORAN
& ARNOLD LLP
BRUCE D. CELEBREZZE (Bar No. 102181)
ROBERT N. BERG (Bar No. 99319)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone (415) 781-7900
Facsimile (415) 781-2635

Attorneys for Defendant
REPUBLIC WESTERN INSURANCE
COMPANY, sued herein as REPUBLIC
WESTERN INSURANCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| LAW ENFORCEMENT TRAINING AND RESEARCH ASSOCIATES, INC., JEFFREY A. SCHWARTZ, and CYNTHIA BARRY,<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLIC WESTERN INSURANCE, CNA REINSURANCE COMPANY, and DOE 1-DOE 50,<br><br>Defendants. | CASE NO. C05-04256 JW<br><br>STIPULATION TO CONTINUE EXPERT WITNESS DISCLOSURE DEADLINE AND PRELIMINARY PRETRIAL AND TRIAL SETTING CONFERENCE<br>(N.D. LOCAL RULE 6-2)<br><br>**THE HON. JAMES WARE** |

WHEREAS the parties' cross-motions for summary judgment have been filed, were argued on June 12, 2006, and have been taken under submission by the Court.

WHEREAS by stipulation of the parties and Order of the Court, the deadline for the parties to disclose expert witnesses and the reports required by Fed.R.Civ.P. 26(a)(2)(B) is currently set for October 16, 2006 (Docket 63).

WHEREAS by stipulation of the parties and Order of the Court, the fact and witness discovery cut-off is currently set for November 15, 2006 (Docket 63).

WHEREAS the Court set December 11, 2006 at 9:00 a.m. as the last day for hearing any additional dispositive motions in its February 13, 2006 Scheduling Order (Docket 20).

WHEREAS the Court set January 22, 2007 as the date for the Preliminary Pretrial and Trial Setting Conference in its February 13, 2006 Scheduling Order (Docket 20).

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the deadline for the parties to disclose their expert witnesses shall be continued from October 16, 2006 to **January 15, 2007**. Any party wishing to present expert witness testimony with respect to a claim or a defense shall lodge with the Court and serve on all other parties the name, address, qualifications, résumé and a written report which complies with Fed.R.Civ.P. 26(a)(2)(B) on or before this date.

The deadline for disclosing rebuttal expert witnesses shall be continued from October 30, 2006 to **January 29, 2007**. Also, the deadline for objecting to the qualifications or proposed testimony of an expert shall be continued from December 18, 2006 to **March 19, 2007**.

Pursuant to Northern District Local Rule 26-2, the fact and expert witness discovery cut-off (including all supplemental discovery) shall be continued from November 15, 2006 to **February 14, 2007**.

The last day for the Court to hear any additional dispositive motions shall be continued from December 11, 2006 to **March 12, 2007** at 9:00 a.m. The parties' mediation efforts are to be completed no later than **March 30, 2007**.

///

///

///

2     CASE NO. CV 05-04256 JW
STIPULATION TO CONTINUE EXPERT WITNESS DISCLOSURE DEADLINE
AND PRELIMINARY PRETRIAL AND TRIAL SETTING CONFERENCE

SEDGWICK
DETERT, MORAN & ARNOLD LLP

SF/1360329v1

Finally, the Preliminary Pretrial and Trial Setting Conference shall be continued from January 22, 2007 to **April 23, 2007**. The deadline for the parties to file and lodge with the Court the Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order shall be continued from January 10, 2007 to **April 11, 2007**.

DATED: September ___, 2006             AUNE & ASSOCIATES


By _____
  ROBERT E. AUNE
  Attorneys for Plaintiffs
  LAW ENFORCEMENT TRAINING AND
  RESEARCH ASSOCIATES, INC.;
  JEFFREY A. SCHWARTZ and CYNTHIA
  BARRY

DATED: September _2_, 2006             SEDGWICK, DETERT, MORAN & ARNOLD LLP

By _____
  BRUCE D. CELEBREZZE
  ROBERT N. BERG
  Attorneys for Defendant
  REPUBLIC WESTERN INSURANCE
  COMPANY, sued herein as REPUBLIC
  WESTERN INSURANCE

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2006             _____
                                         JAMES WARE
                                         UNITED STATES DISTRICT JUDGE

Finally, the Preliminary Pretrial and Trial Setting Conference shall be continued from January 22, 2007 to **April 23, 2007**. The deadline for the parties to file and lodge with the Court the Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order shall be continued from January 10, 2007 to **April 11, 2007**.

DATED: September ___, 2006     AUNE & ASSOCIATES

By _____
    ROBERT E. AUNE
    Attorneys for Plaintiffs
    LAW ENFORCEMENT TRAINING AND
    RESEARCH ASSOCIATES, INC.;
    JEFFREY A. SCHWARTZ and CYNTHIA
    BARRY

DATED: September _2_, 2006     SEDGWICK, DETERT, MORAN & ARNOLD LLP

By _____
    BRUCE D. CELEBREZZE
    ROBERT N. BERG
    Attorneys for Defendant
    REPUBLIC WESTERN INSURANCE
    COMPANY, sued herein as REPUBLIC
    WESTERN INSURANCE

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2006     _____
                                  JAMES WARE
                                  UNITED STATES DISTRICT JUDGE

3     CASE NO. CV 05-04256 JW
STIPULATION TO CONTINUE EXPERT WITNESS DISCLOSURE DEADLINE
AND PRELIMINARY PRETRIAL AND TRIAL SETTING CONFERENCE

SF/1360329v1

Finally, the Preliminary Pretrial and Trial Setting Conference shall be continued from January 22, 2007 to **April 23, 2007**. The deadline for the parties to file and lodge with the Court the Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order shall be continued from January 10, 2007 to **April 11, 2007**.

DATED: September 25, 2006

AUNE & ASSOCIATES

By _____
ROBERT E. AUNE
Attorneys for Plaintiffs
LAW ENFORCEMENT TRAINING AND
RESEARCH ASSOCIATES, INC.;
JEFFREY A. SCHWARTZ and CYNTHIA
BARRY

DATED: September ___, 2006

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By _____
BRUCE D. CELEBREZZE
ROBERT N. BERG
Attorneys for Defendant
REPUBLIC WESTERN INSURANCE
COMPANY, sued herein as REPUBLIC
WESTERN INSURANCE

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ___September 26___, 2006

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE

---

3

CASE NO. CV 05-04256 JW

STIPULATION TO CONTINUE EXPERT WITNESS DISCLOSURE DEADLINE
AND PRELIMINARY PRETRIAL AND TRIAL SETTING CONFERENCE

## Law Enforcement Training v. Republic Western Ins. Co., et al
U.S. District Court, Northern District of California
Case No. C 05-04256 JW
(1411-133281)

### PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On September 25, 2006, I served the within document(s):

1. STIPULATION TO CONTINUE EXPERT WITNESS DISCLOSURE DEADLINE AND PRELIMINARY PRETRIAL AND TRIAL SETTING CONFERENCE (N.D. LOCAL RULE 6-2)

☒ ELECTRONICALLY - by causing said document(s) to be delivered through ECF via email by U.S.D.C. Northern District, to the email addresses set forth below on this date before 5:00 p.m.

☐ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

| | |
|---|---|
| Robert E. Aune, Esq.<br>Aune & Associates<br>101 California Street, Suite 2050<br>San Francisco, CA 94111<br>Tel: (415) 433-6400<br>Fax: (415) 433-1660<br>E-mail: raune@pacbell.net | Attorneys for Plaintiffs |
| Mark Adams Poppett, Esq.<br>Blick & Rhoades<br>5473 Kearny Villa Road, Suite 150<br>San Diego, CA 92123<br>Tel: (858) 712-9222<br>Fax: (858) 712-9333<br>E-Mail: mpoppett@coveragecounsel.com | Attorneys for Defendant CX Reinsurance Company Limited, sued as CNA Reinsurance Company |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on September 25, 2006, at San Francisco, California.

Antonia Lee

SF/1360941v1