AUNE & ASSOCIATES
ROBERT E. AUNE (Bar No. 60477)
101 California Street, Suite 2050
San Francisco, CA 94111
Telephone: (415) 433-6400
Facsimile: (415) 433-1660

Attorneys for Plaintiffs
LAW ENFORCEMENT TRAINING AND
RESEARCH ASSOCIATES, INC.;
JEFFREY A. SCHWARTZ and CYNTHIA
BARRY

SEDGWICK, DETERT, MORAN
& ARNOLD LLP
BRUCE D. CELEBREZZE (Bar No. 102181)
ROBERT N. BERG (Bar No. 99319)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone (415) 781-7900
Facsimile (415) 781-2635

Attorneys for Defendant
REPUBLIC WESTERN INSURANCE
COMPANY, sued herein as REPUBLIC
WESTERN INSURANCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| LAW ENFORCEMENT TRAINING AND RESEARCH ASSOCIATES, INC., JEFFREY A. SCHWARTZ, and CYNTHIA BARRY,<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLIC WESTERN INSURANCE, CNA REINSURANCE COMPANY, and DOE 1-DOE 50,<br><br>Defendants. | CASE NO. C05-04256 JW<br><br>FURTHER STIPULATION TO CONTINUE EXPERT WITNESS DISCLOSURE DEADLINE AND PRELIMINARY PRETRIAL AND TRIAL SETTING CONFERENCE (N.D. LOCAL RULE 6-2)<br><br>**THE HON. JAMES WARE** |

WHEREAS the parties' cross-motions for summary judgment have been filed, were argued on June 12, 2006, and have been taken under submission by the Court.

1  WHEREAS by stipulation of the parties and Order of the Court, the deadline for the
2  parties to disclose expert witnesses and the reports required by Fed.R.Civ.P. 26(a)(2)(B) is
3  currently set for January 15, 2007 (Docket 67).

4  WHEREAS by stipulation of the parties and Order of the Court, the fact and witness
5  discovery cut-off is currently set for February 14, 2007 (Docket 67).

6  WHEREAS by stipulation of the parties and Order of the Court, March 12, 2007 at 9:00
7  a.m. is currently the last day for hearing any additional dispositive motions (Docket 67).

8  WHEREAS by stipulation of the parties and Order of the Court, the Preliminary Pretrial
9  and Trial Setting Conference is currently set for April 23, 2007 (Docket 67).

10  IT IS HEREBY STIPULATED by and between the parties, through their respective
11  counsel, that the deadline for the parties to disclose their expert witnesses shall be continued
12  from January 15, 2007 to **March 12, 2007**. Any party wishing to present expert witness
13  testimony with respect to a claim or a defense shall lodge with the Court and serve on all other
14  parties the name, address, qualifications, résumé and a written report which complies with
15  Fed.R.Civ.P. 26(a)(2)(B) on or before this date.

16  The deadline for disclosing rebuttal expert witnesses shall be continued from January 29,
17  2007 to **March 26, 2007**. Also, the deadline for objecting to the qualifications or proposed
18  testimony of an expert shall be continued from March 19, 2007 to **May 21, 2007**.

19  Pursuant to Northern District Local Rule 26-2, the fact and expert witness discovery cut-
20  off (including all supplemental discovery) shall be continued from February 14, 2007 to **April
21  18, 2007**.

22  The last day for the Court to hear any additional dispositive motions shall be continued
23  from March 12, 2007 to **May 14, 2007** at 9:00 a.m. The parties' mediation efforts are to be
24  completed no later than **June 1, 2007**.

25  / / /
26  / / /
27  / / /
28

2   CASE NO. CV 05-04256 JW
FURTHER STIPULATION TO CONTINUE EXPERT WITNESS DISCLOSURE DEADLINE
AND PRELIMINARY PRETRIAL AND TRIAL SETTING CONFERENCE

SF/1376875v1

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

Finally, the Preliminary Pretrial and Trial Setting Conference shall be continued from April 23, 2007 to **June 25, 2007**. The deadline for the parties to file and lodge with the Court the Preliminary Pretrial and Trial Setting Conference Statement and Proposed Order shall be continued from April 11, 2007 to **June 13, 2007**.

DATED: December 21, 2006           AUNE & ASSOCIATES

By _____
ROBERT E. AUNE
Attorneys for Plaintiffs
LAW ENFORCEMENT TRAINING AND
RESEARCH ASSOCIATES, INC.;
JEFFREY A. SCHWARTZ and CYNTHIA
BARRY

DATED: December 21, 2006           SEDGWICK, DETERT, MORAN & ARNOLD LLP

By _____
BRUCE D. CELEBREZZE
ROBERT N. BERG
Attorneys for Defendant
REPUBLIC WESTERN INSURANCE
COMPANY, sued herein as REPUBLIC
WESTERN INSURANCE

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 27 2006            _____
JAMES WARE
UNITED STATES DISTRICT JUDGE

<u>Law Enforcement Training v. Republic Western Ins. Co., et al</u>
**U.S. District Court, Northern District of California**
**Case No. C 05-04256 JW**
**(1411-133281)**

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On December 22, 2006, I served the within document(s):

1. FURTHER STIPULATION TO CONTINUE EXPERT WITNESS DISCLOSURE DEADLINE AND PRELIMINARY PRETRIAL AND TRIAL SETTING CONFERENCE (N.D. LOCAL RULE 6-2)

☒ ELECTRONICALLY - by causing said document(s) to be delivered through ECF via email by U.S.D.C. Northern District, to the email addresses set forth below on this date before 5:00 p.m.

☐ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

| | |
|---|---|
| Robert E. Aune, Esq.<br>Aune & Associates<br>101 California Street, Suite 2050<br>San Francisco, CA 94111<br>Tel: (415) 433-6400<br>Fax: (415) 433-1660<br>E-mail: raune@pacbell.net | Attorneys for Plaintiffs |
| Mark Adams Poppett, Esq.<br>Blick & Rhoades<br>5473 Kearny Villa Road, Suite 150<br>San Diego, CA 92123<br>Tel: (858) 712-9222<br>Fax: (858) 712-9333<br>E-Mail: mpoppett@coveragecounsel.com | Attorneys for Defendant CX Reinsurance Company Limited, sued as CNA Reinsurance Company |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on December 22, 2006, at San Francisco, California.

_____
Antonia Lee

SF/1377100v1