```
 1  AUNE & ASSOCIATES
    ROBERT E. AUNE (Bar No. 60477)
 2  101 California Street, Suite 2050
    San Francisco, CA  94111
 3  Telephone: (415) 433-6400
    Facsimile: (415) 433-1660
 4
    Attorneys for Plaintiffs
 5  LAW ENFORCEMENT TRAINING AND
    RESEARCH ASSOCIATES, INC.;
 6  JEFFREY A. SCHWARTZ and CYNTHIA
    BARRY
 7
    SEDGWICK, DETERT, MORAN
 8  & ARNOLD LLP
    BRUCE D. CELEBREZZE (Bar No. 102181)
 9  ROBERT N. BERG (Bar No. 99319)
    One Market Plaza, Steuart Tower, 8th Floor
10  San Francisco, California  94105
    Telephone (415) 781-7900
11  Facsimile (415) 781-2635

12  Attorneys for Defendant
    REPUBLIC WESTERN INSURANCE
13  COMPANY, sued herein as REPUBLIC
    WESTERN INSURANCE
```

**IT IS SO ORDERED**
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| LAW ENFORCEMENT TRAINING AND RESEARCH ASSOCIATES, INC., JEFFREY A. SCHWARTZ, and CYNTHIA BARRY,<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLIC WESTERN INSURANCE, CNA REINSURANCE COMPANY, and DOE 1-DOE 50,<br><br>Defendants. | CASE NO. C05-04256 JW<br><br>STIPULATION TO HAVE THE HONORABLE JAMES WARE CONDUCT A SETTLEMENT CONFERENCE<br>(N. D. ADR LOCAL RULE 7-2)<br><br>**THE HON. JAMES WARE** |

1  WHEREAS defendant Republic Western Insurance Company removed this coverage suit
2  to this Court on October 20, 2005.
3  WHEREAS the parties' cross-motions for summary judgment have been filed, were
4  argued on June 12, 2006, and have been taken under submission by the Court.
5  WHEREAS the Honorable James Ware, as the United States District Judge assigned to
6  this case, has reviewed the papers on and heard the parties' cross-motions for summary
7  judgment, and therefore is familiar with the issues in this coverage suit.
8  WHEREAS the Preliminary Pretrial and Trial Setting Conference is currently set for
9  April 23, 2007, although concurrently with this stipulation, the parties have filed a stipulation to
10 continue the Preliminary Pretrial and Trial Setting Conference to June 25, 2007.
11 WHEREAS the parties seek the opportunity to resolve this matter before trial, and all
12 parties to this action are participating in this stipulation, as defendant CX Reinsurance has now
13 settled out of the case.
14 IT IS HEREBY STIPULATED by and between the parties, through their respective
15 counsel, that the Honorable James Ware should conduct a settlement conference of this matter
16 pursuant to Northern District ADR Local Rule 7-2, which provides: "Upon written stipulation of
17 all parties, the assigned Judge, in the exercise of his or her discretion, may conduct a settlement
18 conference." The parties respectfully request that the Court conduct such settlement conference
19 for a day and time in the next 60 days that is convenient for the Court's calendar.

21 DATED: December 21, 2006          AUNE & ASSOCIATES

23                                   By _____
                                     ROBERT E. AUNE
24                                   Attorneys for Plaintiffs
                                     LAW ENFORCEMENT TRAINING AND
25                                   RESEARCH ASSOCIATES, INC.;
                                     JEFFREY A. SCHWARTZ and CYNTHIA
26                                   BARRY

1  DATED: December 27, 2006        SEDGWICK, DETERT, MORAN & ARNOLD LLP

3                                   By _____
                                       BRUCE D. CELEBREZZE
4                                      ROBERT N. BERG
                                       Attorneys for Defendant
5                                      REPUBLIC WESTERN INSURANCE
                                       COMPANY, sued herein as REPUBLIC
6                                      WESTERN INSURANCE

9  PURSUANT TO STIPULATION, IT IS SO ORDERED.
        In light of the Court's unavailability, the Settlement
10   Conference presently scheduled for February 2, 2007 is
     continued to February 8, 2007 at 9 a.m.  All parties with
11   settlement authority shall appear for this conference.

13  DATED: January 25, 2007         _____
                                     JAMES WARE
14                                   UNITED STATES DISTRICT JUDGE

<u>Law Enforcement Training v. Republic Western Ins. Co., et al</u>
U.S. District Court, Northern District of California
Case No. C 05-04256 JW
(1411-133281)

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On December 22, 2006, I served the within document(s):

1. STIPULATION TO HAVE THE HONORABLE JAMES WARE CONDUCT A SETTLEMENT CONFERENCE (N. D. ADR LOCAL RULE 7-2)

[☒] ELECTRONICALLY - by causing said document(s) to be delivered through ECF via email by U.S.D.C. Northern District, to the email addresses set forth below on this date before 5:00 p.m.

[☐] MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

[☐] PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

[☐] OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

| | |
|---|---|
| Robert E. Aune, Esq.<br>Aune & Associates<br>101 California Street, Suite 2050<br>San Francisco, CA 94111<br>Tel: (415) 433-6400<br>Fax: (415) 433-1660<br>E-mail: raune@pacbell.net | Attorneys for Plaintiffs |
| Mark Adams Poppett, Esq.<br>Blick & Rhoades<br>5473 Kearny Villa Road, Suite 150<br>San Diego, CA 92123<br>Tel: (858) 712-9222<br>Fax: (858) 712-9333<br>E-Mail: mpoppett@coveragecounsel.com | Attorneys for Defendant CX Reinsurance Company Limited, sued as CNA Reinsurance Company |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on December 22, 2006, at San Francisco, California.

Antonia Lee

SF/1377095v1