Robert E. Aune, Bar No. 60477
AUNE & ASSOCIATES
101 California Street, Suite 2050
San Francisco, CA 94111
Tele:  (415) 433-6400
raune@pacbell.net
Attorneys for Plaintiffs


SEDGWICK, DETERT, MORAN & ARNOLD LLP
Bruce D. Celebrezze (Bar No. 102181)
Robert N. Berg (Bar No. 099319)
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA  94105
Tele:  (415) 781-7900
Attorneys for Defendant
REPUBLIC WESTERN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| LAW ENFORCEMENT TRAINING AND RESEARCH ASSOCIATES, INC.; JEFFREY A. SCHWARTZ, and CYNTHIA BARRY, <br><br> Plaintiffs, <br><br> v. <br><br> REPUBLIC WESTERN INSURANCE; CNA REINSURANCE COMPANY, and DOES 1 through 50, <br><br> Defendants. | CASE NO. CV 05-4256JW <br><br> STIPULATION FOR DISMISSAL WITH PREJUDICE OF REPUBLIC WESTERN INSURANCE COMPANY, AND [PROPOSED] ORDER OF DISMISSAL <br><br> Federal Rule Civ. Proc. Rule 41 (a)((1) |

WHEREAS plaintiffs, LAW ENFORCEMENT TRAINING AND RESEARCH

ASSOCIATES, INC.; JEFFREY A. SCHWARTZ, and CYNTHIA BARRY, and defendant

REPUBLIC WESTERN INSURANCE COMPANY, sued herein as REPUBLIC WERSTERN

INSURANCE, have reached a complete settlement of their differences in the matter herein, and

1

there having been a satisfaction by REPUBLIC WESTERN INSURANCE COMPANY of accord between the stated parties;

IT IS HEREBY STIPULATED by and between plaintiffs, LAW ENFORCEMENT TRAINING AND RESEARCH ASSOCIATES, INC.; JEFFREY A. SCHWARTZ, and CYNTHIA BARRY, on the one hand, and defendant REPUBLIC WESTERN INSURANCE COMPANY on the other hand, by and through their respective counsel that REPUBLIC WESTERN INSURANCE COMPANY may now be dismissed with prejudice with each side to bear their own attorneys fees and costs of litigation.

Date: March 19, 2007

AUNE & ASSOCIATES

By: _____
Robert E. Aune

Attorneys for Plaintiffs

Date: March 19, 2007

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Robert N. Berg

Attorneys for Defendant,
REPUBLIC WESTERN INSURANCE COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 3/23/2007

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE

2

STIPULATION FOR DISMISSAL WITH PREJUDICE
CV 05-4256 JW